IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATELYN HANKS,     *Plaintiff*, | § § § | |
| v. | § § | Civil Action No.: 3:19-cv-02207-S |
| LA MICHOACANA MEAT MARKET TM HOLDINGS, LLC and ROADE PROPERTIES, LTD.     *Defendants.* | § § § § § | |

## JOINT STIPULATION TO DISMISS DEFENDANT LA MICHOACANA MEAT MARKET TM HOLDINGS, LLC WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff KATELYN HANKS ("Plaintiff") and Defendant, ROADE PROPERTIES, LTD. ("Defendant") (collectively, the "Parties"), hereby stipulate and agree that Plaintiff will dismiss Defendant, LA MICHOACANA MEAT MARKET TM HOLDINGS, LLC, with Prejudice, all claims asserted or that could have been asserted by Plaintiff against Defendant, LA MICHOACANA MEAT MARKET TM HOLDINGS, LLC., in this action. The Parties also hereby agree and stipulate that each party shall be solely responsible for their own attorneys' fees and costs. **Defendant, ROADE PROPERTIES, LTD. remains a party to this action.**

Respectfully Submitted,

*/s/ Douglas S. Schapiro*
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Emil Lippe, Jr.
State Bar No. 12398300
Lippe & Associates
12222 Merit Drive, Suite 1200
Dallas, TX 75251
Tel: (214) 855-1850
Fax: (214) 720-6074
Email: emil@texaslaw.com

Case 3:19-cv-02207-S   Document 16   Filed 12/05/19   Page 2 of 2   PageID 57

Attorney for Plaintiff                                    Attorney for Plaintiff

-and-

*/s/ Ruth M. Willars*
Ruth M. Willars
MONTY & RAMIREZ LLP
Texas SBN: 24003175
Fed. ID No.: 28285
150 W. Parker Road, 3rd Floor  Houston, TX 77076
Ph.: 281-493-5529
Fax: 281-493-5983
Email: rwillars@montyramirezlaw.com

Attorney-in-Charge for Defendants

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically with the Clerk of the Court using CM/ECF/system on this December 5, 2019.

> */s/ Douglas S. Schapiro*
> Douglas S. Schapiro, Esq.
> No. District of Texas ID No. 54538 FL