IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATELYN HANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | File No.  3:19-CV- 2207 |
| | ) | |
| LA MICHOACANA MEAT MARKET TM | ) | |
| HOLDINGS, LLC and ROADE PROPERTIES, | ) | |
| LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, KATELYN HANKS ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case gainst Defendant, **ROADE PROPERTIES, LTD**.

Plaintiff and Defendant, ROADE PROPERTIES, LTD., are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal of Plaintiff with Prejudice once the  agreement is finalized.  Plaintiff and  Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 17th day of December, 2019.

//s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Law Offices of
LIPPE & ASSOCIATES

Emil Lippe, Jr., Esq.
State Bar No. 12398300
Lippe & Associates
12222 Merit Drive, Suite 1200
Dallas, TX 75251
Tel: (214) 855-1850
Fax: (214) 720-6074
emil@texaslaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 17th day of December, 2019.

/s/Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL