# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| KATELYN HANKS | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-2207-S |
| LA MICHOACANA MEAT MARKET TM HOLDINGS, LLC and ROADE PROPERTIES LTD. | § § § § | |

## ORDER

This Order addresses the parties' Joint Stipulation to Approve Consent Decree and to Dismiss Defendants with Prejudice [ECF No. 21]. The Court understands the parties have settled this case, and therefore grants the Motion to Dismiss the case with prejudice. Unless otherwise agreed, each party will bear their own attorneys' fees and costs. All relief not expressly granted is denied.

**SO ORDERED.**

SIGNED January 21, 2020.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**